I Ambur Roof of
1042 West Elm Avenue
Monroe, MI
48162
GINTARE_STOGAS@YAHOO.COM

Did transcribe enhanced notes for Corey L. Bracken. For a total of 35.25 minutes. I have a rate of $216, per minute of transcription.

Total balance due
$7,614

*[signature]*
Ambur Roof

**NEEDS TO BE PAID BY DEFENDANT.**